1 | **KRIS J. KRAUS**
California Bar No. 233699
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5 |
6 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08MJ8273 |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF ATTORNEY APPEARANCE** |
| JESUS ALEJANDRO PARRA-LUNA, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: April 4, 2008        /s/ Kris J. Kraus
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  April 4, 2008                      */s/ Kris J. Kraus*
                                                          **KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Kris_Kraus@fd.org