```
                                    FILED
                                  APR 29 2008
                            CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY      EF          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1347-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| JESUS ALEJANDRO PARRA-LUNA, ) | (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about March 29, 2008, within the Southern District of California, defendant JESUS ALEJANDRO PARRA-LUNA, did knowingly and intentionally import 5kilograms or more, to wit: approximately 32.18 kilograms (70.79 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 29, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
4/29/08