1  **KRIS J. KRAUS**
   California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Parra-Luna

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **((HONORABLE BARRY TED MOSKOWITZ)**

11 UNITED STATES OF AMERICA,         )    CASE NO. 08CR1347-BTM
                                     )
12         Plaintiff,                )
                                     )    JOINT MOTION
13 v.                                )    TO CONTINUE HEARING
                                     )
14 JESUS ALEJANDRO PARRA-LUNA,       )
                                     )
15         Defendant.                )
                                     )
16 _____ )

17     Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus,

18 and Federal Defenders of San Diego, Inc, counsel for Mr. Parra-Luna,  along with Assistant United States

19 Attorney Carla Bressler, that the hearing set for May 27, 2008, at 2:00 p.m. be continued to June 6, 2008, at

20 2:00 p.m.

21                                      Respectfully submitted,

23 DATED: May 22, 2008            **/s/ Kris J. Kraus**
                                  **KRIS J. KRAUS**
24                                Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Parra-Luna

26 DATED: May 22, 2008            **/s/ Carla Bressler**
                                  **CARLA BRESSLER**
27                                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Carla Bressler
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email: Carla.Bressler@usdoj.gov

Dated: May 22, 2008         /s/  Kris J. Kraus
                            KRIS J. KRAUS
                            Federal Defenders of San Diego, Inc
                            225 Broadway, Suite 900
                            San Diego, CA 92101-5030
                            (619) 234-8467 (tel)
                            (619) 687-2666  (fax)
                            e-mail: kris_kraus@fd.org