UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1347-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE HEARING |
| JESUS ALEJANDRO PARRA-LUNA, | ) | |
| Defendant. | ) | |

Good cause being shown, the hearing in the above-mentioned case, shall be continued from May 27, 2008, at 3:30 p.m. until June 6, 2008, at 3:30 p.m.

**IT IS SO ORDERED.**

DATED: May 23, 2008

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge