```
 1  KAREN P. HEWITT
    United States Attorney
 2  GREGORY F. NOONAN
    Assistant U.S. Attorney
 3  California State Bar No. Pending
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-5790   (Telephone)/619 557-5551 (Fax)
    Email: gregory.noonan@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

|    |    |    |
|----|----|----|
| 8  | UNITED STATES DISTRICT COURT | |
| 9  | SOUTHERN DISTRICT OF CALIFORNIA | |
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No.   08-CR-1347-BTM |
| 11 | Plaintiff, ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
| 13 | JESUS ALEJANDRO PARRA-LUNA, ) | |
| 14 | Defendant. ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17  I, the undersigned attorney, enter my appearance as lead counsel for the United States in the
18  above-captioned case.

19  I certify that I am admitted to practice in this court or authorized to practice under
20  CivLR 83.3.c.3-4.

21  The following government attorneys (who are admitted to practice in this court or authorized
22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
23  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
24  case.

25      1.    None.

26  //

27  //

28  //

  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

  1. None.

Please feel free to call me if you have any questions about this notice.

DATED: July 11, 2008.

            KAREN P. HEWITT
            United States Attorney

            <u>s/Gregory F. Noonan</u>
            GREGORY F. NOONAN
            Assistant U.S. Attorney

Notice of Appearance                  08CR1347-BTM
United States v. Jesus Alejandro Parra-Luna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ALEJANDRO PARRA-LUNA,<br><br>Defendant. | Criminal Case No.   08CR1347-BTM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated July 11, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Charles L. Rees, Attorney for Defendant Jesus Alejandro Parra-Luna.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 11, 2008.

                                                s/Gregory F. Noonan<br>
                                                GREGORY F. NOONAN<br>
                                                Assistant U.S. Attorney

Notice of Appearance                                                           08CR1347-BTM<br>
United States v. Jesus Alejandro Parra-Luna